IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )          8:98CR187
                                 )
       v.                        )
                                 )
MICHAEL FLOYD,                   )          ORDER
                                 )
               Defendant.        )
_____)
```

　　　　This matter is before the Court on the petition filed by the United States Probation Office for revocation of defendant's supervised release (Filing No. 54).  The defendant advised the Court he had received and reviewed a copy of the petition and that he was prepared to admit to allegation Nos. 2 and 3 at this time.  The allegations set forth in Paragraph 1 is still pending trial in the state courts.

　　　　The defendant admitted the allegations contained in Paragraphs 2 and 3, and the Court found he was in violation of the terms of his supervised release.  After hearing allocution by the government, defense counsel, and the defendant, the Court finds the defendant's supervised release is revoked.  Therefore,

　　　　IT IS ORDERED that defendant is committed to the custody of the Bureau of Prisons for a period of twelve (12) months.  He shall receive credit for time served during the pendency of this petition.

2) No further term of supervised release will be imposed.

DATED this 20th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
        LYLE E. STROM, Senior Judge
        United States District Court